IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

RAYMOND ROBERTS,

   Petitioner,

vs

WARDEN RON SUTTON, et al,

   Respondent(s).

CIVIL ACTION NO. 95-AR-2553-M

FILED 97 AUG 13 PM 2:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED AUG 13 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections of the petitioner, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this ___13th___ day of ___August___, 1997.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE